# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>CRYSTAL VINSON and BREANNA CALDWELL,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>MEDIACOM COMMUNICATIONS CORPORATION, a New York corporation,<br><br>Defendant. | CIVIL ACTION NO.:<br>7:18-cv-00166-HL |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Mediacom Communications Corporation hereby files this Motion for Summary Judgment, seeking summary judgment in its favor and the dismissal of Plaintiff's and Plaintiff-Intervenors' claims with prejudice. In support of this Motion, Defendant relies on its accompanying Statement of Undisputed Material Facts, Exhibits, and Memorandum of Law.

WHEREFORE, Defendant respectfully asks this Court to enter an Order granting summary judgment in its favor and any such other relief as the Court deems just and appropriate.

Respectfully submitted this 28th day of October, 2019.

**JACKSON LEWIS P.C.**

/s/ *David A. Hughes*
David A. Hughes

Georgia Bar No. 375618
Lauren F. Gordon
Georgia Bar No. 557058
171 17th Street, NW, Suite 1200
Atlanta, GA 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
Email: david.hughes@jacksonlewis.com
Email: lauren.gordon@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | CIVIL ACTION NO.: |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| CRYSTAL VINSON and BREANNA ) | 7:18-cv-00166-HL |
| CALDWELL, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| MEDIACOM COMMUNICATIONS ) | |
| CORPORATION, a New York corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that on October 28, 2019, I electronically filed the within and foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court via the NextGen system, which will automatically send an email notification and a copy of same to the following counsel of record:

        Ellen L. Schoolar
        Alan S. Lowe
        Lowe & Schoolar, P.C.
        7 Oglethorpe Professional Blvd., Suite 1
        Savannah, GA 31406
        Ellen@savlawgroup.com

        Robyn M. Flegal
        U.S. Equal Employment Opportunity Commission
        Atlanta District Office
        100 Alabama St., SW, Suite 4R30
        Atlanta, GA 30303

Robyn.Flegal@EEOC.gov

*/s/ David A. Hughes*
David A. Hughes
Georgia Bar No. 375618